IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANITA FRONEK,

        Plaintiff,

   v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al,

        Defendants.

Civ. No. 1:21-cv-00476-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 75), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiff did not file objections, the Court will review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes the report is correct.

Magistrate Judge Clarke's Findings and Recommendation (ECF No. 75) is adopted in full. Defendant's Motion to Dismiss (ECF No. 61) is GRANTED.

IT IS SO ORDERED.

DATED the 24th day of May, 2024.

                                                  /s/ Michael J. McShane
                                                      Michael McShane
                                             United States District Judge